IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 25-CR-249-1 |
| GARY N. MARGERUM | | |
| U.S. MARSHAL # 90859-510 | | |

## NOTICE OF HEARING

Take notice that the defendant is scheduled for a Criminal Trial on **April 20, 2026, at 9:00 a.m**. before the **Honorable Wendy Beetlestone** in **Courtroom 10-A** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☐ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A           interpreter will be required for the defendant.

For additional information, please contact the undersigned.

By:     Michael Beck
        Courtroom Deputy to J.  Beetlestone
        Phone: 267-299-7451

Date:       11/25/25

cc via U.S. Mail:     Defendant
cc via email:         Defense Counsel L. Busico
                      Assistant U.S. Attorney R. Mandelbaum
                      U.S. Marshal
                      Court Security
                      Probation Office
                      Pretrial Services
                      Interpreter Coordinator

 X– This proceeding has been rescheduled from January 12, 2026