## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** <br> **NO. 25-249** |
| **v.** | |
| **GARY N. MARGERUM** | |

### O R D E R

**AND NOW**, this 26th day of March, 2026, upon consideration of Defendant Gary Margerum's Motion to Suppress Evidence (ECF No. 19) and the Government's Response in Opposition (ECF No. 20) thereto, it is **HEREBY ORDERED** that said Motion is **DENIED**.

**BY THE COURT:**


_s/ Wendy Beetlestone_
**WENDY BEETLESTONE, C.J.**