IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

                               :             CRIMINAL ACTION

        v.                         :

                               :             No. 25-CR-249-1

GARY N. MARGERUM
U.S. MARSHAL # 90859-511

## NOTICE OF HEARING

       Take notice that the defendant is scheduled for a Criminal Trial on **August 31, 2026, at 9:00 a.m**. before the **Honorable Wendy Beetlestone** in **Courtroom 10-A** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☐ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A         interpreter will be required for the defendant.

For additional information, please contact the undersigned.

By:        Michael Beck
             Courtroom Deputy to J.  Beetlestone
             Phone: 267-299-7451

Date:3/31/26

cc via U.S. Mail:     Defendant
cc via email:         Defense Counsel L. Busico
                    Assistant U.S. Attorney R. Mandelbaum & A. Shver
                    U.S. Marshal
                    Court Security
                    Probation Office
                    Pretrial Services
                    Interpreter Coordinator

 X– This proceeding has been rescheduled from April 20, 2026